UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-61182-BLOOM/VALLE

EMILY FULLER,

    Plaintiff,

vs.

RAWLINGS SPORTING GOODS
COMPANY, INC.,

    Defendant.
_____/

**RAWLINGS SPORTING GOODS COMPANY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Rawlings Sporting Goods Company, Inc. ("Rawlings") moves for a thirty (30) day extension of time to respond to Plaintiff Emily Fuller's Complaint. In support of its Motion, Rawlings states:

1. On May 25, 2018, Plaintiff filed her Complaint for alleged violations of the Americans with Disabilities Act and electronic trespass to chattels. *See generally* Compl., ECF No. 1.

2. On June 1, 2018, Plaintiff served Rawlings with a copy of the Complaint along with the summons. Accordingly, the current deadline for Rawlings to respond to the Complaint is Friday, June 22, 2018. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) (deadline to respond to complaint is 21 days after service of summons and complaint).

3. Rawlings recently engaged the undersigned counsel and requires additional time to investigate the allegations in the Complaint in order to prepare its response. Good cause therefore exists to grant Rawlings an extension of time to respond to the Complaint. *See* Fed. R.

Civ. P. 6(b)(1)(A) (authorizing the Court to grant an extension of time for good cause if a request is made before the a deadline to act has expired).

4. This motion is not being made for purposes of improper delay and no party will be prejudiced by the granting of the relief sought herein.

5. Counsel for Rawlings has conferred with Plaintiff's counsel, and Plaintiff agrees to the requested extension of time for Rawlings to respond to the Complaint.

WHEREFORE Rawlings respectfully requests that this Court enter an order extending the time for American to respond to Plaintiff's Complaint by thirty days, until and through July 23, 2018.

Dated: June 18, 2018                    Respectfully submitted,

By: /s/ Eric S. Boos
Daniel B. Rogers
drogers@shb.com
Florida Bar No.: 195634
Eric S. Boos
eboos@shb.com
Florida Bar No.: 107673
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.358.5171
Facsimile: 305.358.7470

*Attorneys for Rawlings Sporting Goods Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June 18, 2018, a true and correct copy of the foregoing was filed using the Court's CM/ECF system and was served on all counsel or parties of record on the attached Service List by the method indicated.

## SERVICE LIST

Roderick V. Hannah
rhannah@rhannahlaw.com
RODERICK V. HANNAH, ESQ., P.A.
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
Telephone: 954.362.3800
Facsimile: 954.362.3779

Pelayo M. Duran
pduran@pelayoduran.com
LAW OFFICE OF PELAYO DURAN, P.A.
4640 N.W. 7t" Street
Miami, FL 33126-2309
Telephone: 305.266.9780
Facsimile: 305.269.8311

(service via CM/ECF)

*Counsel for Plaintiff*

Daniel B. Rogers
drogers@shb.com
Eric S. Boos
eboos@shb.com
SHOOK, HARDY & BACON L.L.P.
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.358.5171
Facsimile: 305.358.7470

(Service via CM/ECF)

*Counsel for Rawlings Sporting Goods Company, Inc.*

3