# **Exhibit A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

CASE NO.: 1:18-cv-61182-BLOOM/VALLE

EMILY FULLER,

      Plaintiff,

vs.

RAWLINGS SPORTING GOODS
COMPANY, INC.,

      Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER came before the Court upon Defendant Rawlings Sporting Goods

Company, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint,

ECF No. ___(the "Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant shall have

until and through July 23, 2018 to respond to the Complaint.

**DONE AND ORDERED** in Chambers in Miami, Florida, this _____ day of

_____, 2018.

 

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record
       (see attached service list)

## SERVICE LIST

Roderick V. Hannah
rhannah@rhannahlaw.com
RODERICK V. HANNAH, ESQ., P.A.
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
Telephone: 954.362.3800
Facsimile: 954.362.3779

Pelayo M. Duran
pduran@pelayoduran.com
LAW OFFICE OF PELAYO DURAN, P.A.
4640 N.W. 7t" Street
Miami, FL 33126-2309
Telephone: 305.266.9780
Facsimile: 305.269.8311

(service via CM/ECF)

*Counsel for Plaintiff*

Daniel B. Rogers
drogers@shb.com
Eric S. Boos
eboos@shb.com
SHOOK, HARDY & BACON L.L.P.
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.358.5171
Facsimile: 305.358.7470

(Service via CM/ECF)

*Counsel for Rawlings Sporting Goods Company, Inc.*